IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-00058-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.   MICHAEL TODD OSBORN,
**2.   COREY EARL ENGELEN**

        Defendants.

## PROTECTIVE ORDER REGARDING CERTAIN DISCOVERY

This matter is before the Court on Plaintiff's Unopposed Motion for Protective Order Regarding Certain Discovery (Doc. 60). Having reviewed the motion and being otherwise advised in the premises, the Court finds that good cause supports the same, and it is therefore

ORDERED that Plaintiff's motion is GRANTED. Matters provided to Jeffrey Pagliuca, counsel for Defendant Engelen on December 28, 2015 and identified as "Coddington SEC Materials" which contain any personal identification information about third persons, including social security numbers, dates of birth, addresses, phone numbers, email addresses, and bank account numbers, shall not be disclosed to Defendant Engelen and/or anyone other than necessary employees of his law firm by Defendant's counsel without such personal identification information having first being redacted by Defendant's Counsel.

IT IS SO ORDERED on this <u>  28th  </u> day of <u> December </u>, 2015.

                         BY THE COURT:

                         *[signature]*
                         CHRISTINE M. ARGUELLO
                         UNITED STATES DISTRICT COURT
                         DISTRICT OF COLORADO