IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-00058-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    MICHAEL TODD OSBORN,

        Defendant.

---

**PROTECTIVE ORDER REGARDING CERTAIN DISCOVERY**

---

This matter is before the Court on Plaintiff's Unopposed Motion for Protective Order Regarding Certain Discovery (Doc. 62). Having reviewed the motion and being otherwise advised in the premises, the Court finds that good cause supports the same, and it is therefore

ORDERED that Plaintiff's motion is GRANTED. Matters to be provided to Matthew Belcher, counsel for Defendant Osborn and identified as "Coddington SEC Materials" which contain any personal identification information about third persons, including social security numbers, dates of birth, addresses, phone numbers, email addresses, and bank account numbers, shall not be disclosed to Defendant Osborn and/or anyone other than necessary employees of his office by Defendant's counsel without such personal

identification information having first being redacted by Defendant's counsel.

DATED:   December 30, 2015

                                                                  BY THE COURT:

                                                                  *Christine M. Arguello*
                                                                  United States District Judge