IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-00058-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.**    **MICHAEL TODD OSBORN,**
**2.**    **COREY EARL ENGELEN**

        Defendants.

---

### PROTECTIVE ORDER REGARDING CERTAIN DISCOVERY

---

This matter is before the Court on Plaintiff's Unopposed Motion for Protective Order Regarding Certain Discovery (Doc. #78). Having reviewed the motion and being otherwise advised in the premises, the Court finds that good cause supports the same, and it is therefore

ORDERED that Plaintiff's Motion (Doc. #78) is GRANTED. Matters provided to counsel for Defendants Osborn and Engelen and identified as the "District of Utah SEC Materials" which contain any personal identification information, including social security numbers, dates of birth, addresses, phone numbers, email addresses, and bank account numbers, shall not be disclosed by defense counsel to Defendant Engelen, Defendant Osborn, and/or anyone other than necessary employees of counsels' respective law firms

without such personal identification information having first being redacted by defense

counsel.

      DATED:   February 29, 2016

                        BY THE COURT:

                        _____

                        CHRISTINE M. ARGUELLO
                        United States District Judge