# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

<u>Release From</u>
<u>United States District Court</u>
<u>for the District of Colorado</u>

**WHEREAS**, a Notice that certain real property has been pledged as security for an appearance bond in the United States District Court for the District of Colorado in Criminal Action No. 15-cr-00058-CMA-1, USA v. Michael Todd Osborn, was filed in the office of the Clerk and Recorder, County of San Diego, State of California:

Description:

Lot 46, known as 1980 Vista Grande Way, in the City of El Cajon, County of San Diego, State of California 92019, according to the Map thereof Number 517-11 recorded under Document #2005-1107085, in the Office of the County Recorder of said County on December 28, 2005.

**WHEREAS**, the conditions of said bond have been met and said bond has been discharged,

**NOW THEREFORE** said notice is hereby released.

**DATED** at Denver, Colorado this 18 day of September, 2019.

JEFFREY P. COLWELL, CLERK

By:      s/ R. Villa, Deputy Clerk