| | |
|---|---|
| **From:** | michael@▓▓▓▓▓▓ |
| **To:** | Gillespie, William (USACO) |
| **Subject:** | RE: [EXTERNAL] RE: Discovery Requests, 15-cr-00058 |
| **Date:** | Thursday, March 30, 2023 9:34:26 AM |

Good morning, Stacey has not retained counsel so being there by 10:30am, seem to be an impossible task. If there is a fee that needs to be paid for the court reporter, please let me know what that is and I will make sure its paid immediately. Stacey will need a couple of weeks to secure proper counsel so if you can kindly set up a new date from the deposition, I would greatly appreciate it. In the meantime, it is my goal to have the outstanding civil judgement satisfied prior to that date.

Thank you.

Michael

**From:** Gillespie, William (USACO) <William.Gillespie@usdoj.gov>
**Sent:** Thursday, March 30, 2023 9:26 AM
**To:** michael@▓▓▓▓▓▓▓▓; Leffler, Sarah (USACO) <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
**Cc:** 'Erika Privette' <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
**Subject:** RE: [EXTERNAL] RE: Discovery Requests, 15-cr-00058

Good Morning Mr. Osborn,

Per the subpoena to testify, Ms. Salko must be here at 10:00 am today to give deposition testimony. Because I have other obligations today, if Ms. Salko is not here before 10:30 am, she will need to pay for the court reporter, and we will get the Court involved.

Sincerely,

**Bill Gillespie**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0102
Email:   william.gillespie@usdoj.gov

The information contained in this electronic communication, and any attached documentation, is confidential and is intended for the exclusive use of the intended recipient. If the reader of this message is not the intended recipient, please take notice that any examination, use, dissemination, distribution, or copying of this communication, or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender. Thank you.

**From:** michael@▓▓▓▓▓▓▓▓ <michael@▓▓▓▓▓▓▓▓>
**Sent:** Wednesday, March 29, 2023 5:00 PM
**To:** Leffler, Sarah (USACO) <▓▓▓▓▓▓▓▓▓▓▓▓▓▓>

Exhibit 5  001

**Cc:** 'Erika Privette' <████████████████████>; Gillespie, William (USACO) <████████████████>
**Subject:** [EXTERNAL] RE: Discovery Requests, 15-cr-00058

Good afternoon.  First, I want to confirm that you received the interrogatories that I dropped off last Friday, which included questions 14 – 17 regarding the ring, which then leads me to the second matter, which is the Stacey Salko deposition and if it still needs to proceed now that you have the information regarding the ring. If it does need to continue, Stacey has been interviewing attorneys for the upcoming deposition but has yet to find one that she feels will protect her interests as it related to this matter and as such she needs to continue the upcoming deposition for a period of at least two weeks so she can secure effective counsel.

Michael Osborn
303-████████

---

**From:** Leffler, Sarah (USACO) <████████████████████>
**Sent:** Tuesday, March 21, 2023 2:37 PM
**To:** michael@████████████████
**Cc:** Erika Privette <████████████████████>; Gillespie, William (USACO) <William.Gillespie@usdoj.gov>
**Subject:** Discovery Requests, 15-cr-00058

Mr. Osborn,

Please review the attached letter regarding your response to the recent Discovery Requests.  A copy of this letter will also be sent to your address via FedEx.

Thank you,
**Sarah Leffler**
Financial Litigation Program Legal Assistant
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
Phone:  (303) ████████
Email:  ████████████████████

Exhibit 5  002