| | |
|---|---|
| **From:** | Gillespie, William (USACO) |
| **To:** | Stacey Salko; Leffler, Sarah (USACO) |
| **Subject:** | Re: [EXTERNAL] Re: Deposition Rescheduled, US v. Osborn, 15-cr-00058 |
| **Date:** | Wednesday, April 12, 2023 10:53:56 PM |

Good Evening Ms. Salko,

You are subject to a subpoena to appear for deposition and to produce documents. Your compliance with the subpoena is not optional. If you fail to appear as scheduled and produce the requested documents I will take immediate court action requiring you to appear before the judge and explain to her why you chose not to comply with your subpoena, and which could result in the issuance of a warrant for your arrest.

Sincerely,

Bill Gillespie

**Bill Gillespie**

Assistant United States Attorney

United States Attorney's Office | District of Colorado

1801 California Street, Suite 1600

Denver, CO  80202

Phone:  (303) 454-0102

Email:   william.gillespie@usdoj.gov

The information contained in this electronic communication, and any attached documentation, is confidential and is intended for the exclusive use of the intended recipient. If the reader of this message is not the intended recipient, please take notice that any examination, use, dissemination, distribution, or copying of this communication, or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender.  Thank you.

**From:** Stacey Salko <sed███████@████████>
**Sent:** Wednesday, April 12, 2023 9:41 PM
**To:** Leffler, Sarah (USACO) <████████████████>
**Cc:** Gillespie, William (USACO) <████████████████>
**Subject:** [EXTERNAL] Re: Deposition Rescheduled, US v. Osborn, 15-cr-00058

William,

Apologies for the late reply, however I will not be attending tomorrow's deposition.  I have long been treated for PTSD and anxiety and this attempt to wrap me up in Michael's matter has only served to exacerbate my condition.  Given the current mental health crisis in our country, I am choosing to prioritize my health.

Everything I have on the ring was already provided to you, by Michael.  Furthermore, I was made aware that you've already been in touch with Ty to corroborate what you received.

Exhibit 8   001

Regards,

Stacey Salko

On Thu, Mar 30, 2023 at 1:57 PM Leffler, Sarah (USACO) <██████████> wrote:

> Ms. Salko,
>
> Please find attached to this email a letter rescheduling your deposition. A copy of the same will be mailed to your address. For any questions, please contact our office as directed in the letter.
>
> Thank you,
>
> **Sarah Leffler**
>
> Financial Litigation Unit Legal Assistant
>
> United States Attorney's Office | District of Colorado
>
> 1801 California Street, Suite 1600
>
> Denver, CO  80202
>
> Phone: ██████████
>
> Email: ██████████

Exhibit 8   002