IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-CR-00058

In Re: CIVIL SUBPOENA DIRECTED TO
Wells Fargo Bank, N.A.
(Financial Institution)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY - 1 2023**

JEFFREY P. COLWELL
CLERK

---

## CUSTOMER'S MOTION TO QUASH SUBPOENA OF FINANCIAL INFORMATION

---

I, __STACEY E. SALKO__,
(Type or Print Your Name)

hereby move pursuant to the Right to Financial Privacy Act, 12 U.S.C. § 3410, for an order quashing the Government's subpoena dated __5.19.23__, of
(date on subpoena)

my financial records or information

from __WELLS FARGO__.
(financial institution)

The reasons for this motion are set forth in the attached sworn declaration.[1]

Date: __4.26.23__

Respectfully submitted,

__[signature]__
(Signature)

__355 ELDORADO BLVD, #T-317__
__BROOMFIELD, CO 80021__
(Your Address)

__303-913-5223__
(Your Telephone Number)

---

[1] Attach a declaration that explains your reasons that the Government should not receive the requested documents.

## CERTIFICATE OF MAILING

I hereby certify that on 4·26·23, a copy of the above CUSTOMER'S MOTION TO QUASH SUBPOENA FOR FINANCIAL INFORMATION was mailed, postage prepaid, to AUSA William B. Gillespie, U.S. Attorney's Office, 1801 California Street, Suite 1600, Denver, CO 80202.

_____
(Signature)

# SWORN DECLARATION

The reason that I am moving, pursuant to the Right of Financial Privacy Act, 12 U.S.C § 3410, to quash the Government's subpoena dated 5/19/2023, of my financial records or information from Wells Fargo Bank, NA is for the following reasons:

**Improper Purpose:** The subpoena was issued for an improper purpose. It is evident that given the fact I am not a party to USA v Michael Todd Osborn case (15-CR-00058-CMA), the purpose of the subpoena for my personal bank records at Wells Fargo is to harass and intimidate me, rather than for a legitimate law enforcement purpose. The US Attorney continues to send me mail and have the US Marshalls show up to my home, in an effort to include me in the USA v Michael Todd Osborn case (15-CR-00058-CMA). I am an individual with no criminal history, who has known Michael Osborn for the last 24 months. He has been a great friend and someone I emotionally depend upon. I have witnessed the process that Mr. Osborn has gone through, in an attempt to get this matter settled, and it is clear our legal system does not believe in rehabilitation but is biased in the belief that everyone is guilty, no matter the circumstances. I told the US Attorney that I have a medically diagnosed anxiety disorder, for which I take medication, and that this constant harassment has further exacerbated my health issues. Their response was that the Court can compel me to testify, and I can be arrested. Again, these statements made by the US Attorney's office further support the claim that their intentions are to harass and intimidate me and are not for legitimate law enforcement purposes.

**Violation Of Constitutional Rights:** This subpoena violates my constitutional rights, including my Fourth Amendment right to be free from unreasonable searches and seizures.

**Lack Of Jurisdiction:** I argue that the issuing court lacks jurisdiction over my personal bank records at Wells Fargo as I am not a party to USA v Michael Todd Osborn case (15-CR-00058-CMA). Both Michael Osborn and I share a residence at 355 Eldorado Blvd, Unit T-317, Broomfield, CO 80021, and share in the payment of the household bills. We do not share bank accounts and only on a case-by-case basis do we transfer money to each other's bank accounts to cover said household bills. A copy of all Osborn payments were detailed and provided to the US Attorney in the Answers to the Interrogatories filed by Osborn.

Date: 4.28.23

_____
Stacey E. Salko

JORDAN FLORENTZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234006315
MY COMMISSION EXPIRES FEBRUARY 15, 2027

State of: Colorado
County of: Boulder
The foregoing instrument was acknowledged before me 28th day of April, 2023
Jordan Florentz
Your Name Here, Notary Public
My Commission Expires February 15, 2027

X _____
Notary Public

**Extremely Urgent**

This envelope is for use with the following services:

**UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

**Insert shipping documents under window from the**

Do not use this envelope for:

UPS Ground
UPS Standard
UPS 3 Day Select®
UPS Worldwide Expedited®

Visit **ups.com**® or call **1-800-PICK-UPS**® (1-800-742-5877) to schedule a pickup or find a drop off location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may on correspondence, urgent documents, and/or electronic medi weigh 8 oz. or less. UPS Express Envelopes containing items those listed or weighing more than 8 oz. will be billed by w

**International Shipments**
- The UPS Express Envelope may be used only for documents value. Certain countries consider electronic media as docum ups.com/importexport to verify if your shipment is classified
- To qualify for the Letter rate, the UPS Express Envelope must UPS Express Envelopes weighing more than 8 oz. will be bille

**Note:** Express Envelopes are not recommended for shipments containing sensitive personal information or breakable items. or cash equivalent.

**Window Envelope**
Use this envelope with shipping documents pr or inkjet printer on plain paper.

---

STACEY SALKO
(303) 913-5223
THE UPS STORE
STE G
300 CENTER DR
SUPERIOR CO 80027-8633

SHIP  1 LBS   1 (OF 1
TO:  SHP WT: 1 LBS
UNITED STATES DISTRICT COURT  DATE: 28 APR 2023
901 19TH ST

DENVER CO 80294-2507

UPS NEXT DAY AIR

TRACKING #: 1Z 711 6W8 01 5398 0199

CO 802 9-50      1

BILLING: P/P

ISH 13.00F ZZP 450.5.5U 04/2023

ving you for more than 100 years
United Parcel Service.




01019S103  4/14 PAC United P

Express Envelope



COURT SECURITY
901 19TH ST
DENVER CO 80294
P:BLACKS:5BR  |5W
558-1062       1030
            0199
1Z7116W8015398 2023
SAT08485 Apr 28 20:51:36 2023
US 8001 HIPPS 23.3.0 SAT08485sL