| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|
| PLAINTIFF<br>United States of America | FILED<br>U.S. DISTRICT COURT<br>DISTRICT OF COLORADO<br>2023 OCT -4  PM 12: 02<br>JEFFREY P. COLWELL<br>BY____ DEP. CLK | COURT CASE NUMBER<br>15-cr-00058-CMA |
| DEFENDANT<br>Michael Todd Osborn | | TYPE OF PROCESS<br>Notice of Sale |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Michael Todd Osborn; Stacey E Salko |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 355 Eldorado Blvd. T317, Broomfield, CO  80021 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| U.S. Attorney's Office, Financial Litigation Unit<br>ATTN:  William Gillespie<br>1801 California Street, Suite 1600<br>Denver, CO  80202 | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Once the time and place of the sale of the platinum and diamond engagement ring weighing 9.5 grams--featuring a 7.02 carat Emerald cut diamond and inscribed GIA 2211980855--has been determined, please serve written notices of public sale on the above named individuals by personal delivery, or registered or certified mail at the above address, pursuant to the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3203(g)(1)(B)(iv).  Call FLU Legal Assistant Sarah Leffler or AUSA William Gillespie at (303) 454-0100 if there are any questions.

| Signature of Attorney other Originator requesting service on behalf of:<br>WILLIAM GILLESPIE  Digitally signed by WILLIAM GILLESPIE<br>Date: 2023.04.24 11:31:21 -06'00' | [X] PLAINTIFF<br>[ ] DEFENDANT | TELEPHONE NUMBER<br>303-454-0100 | DATE<br>4/24/2023 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>2 | District of Origin<br>No. B13 | District to Serve<br>No. B13 | Signature of Authorized USMS Deputy or Clerk<br>McNeill | Date<br>8/7/2023 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>9/18/23 | Time<br>1000 | [X] am<br>[ ] pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy<br>4280 | | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

1:2015-CR-00058  Capture

Form USM-285<br>Rev. 03/21