**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| **CHRISTINE M. ARGUELLO**<br>SENIOR JUDGE | DISTRICT OF COLORADO<br>UNITED STATES COURTHOUSE<br>901 19th STREET<br>DENVER, COLORADO  80294<br>(303) 335-2174<br>Christine_M_Arguello@cod.uscourts.gov |

# **M E M O R A N D U M**

**TO:** Jeffrey P. Colwell, Clerk
Attn: Docketing Team

**FROM:** Judge Christine M. Arguello

**DATE:** October 15, 2024

**RE:** 15-cr-00058-CMA – USA v. Osborn and Engelen

Exercising my prerogative as a Senior Judge, I request that this criminal action be reassigned.