AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>_____Michael Todd Osborn_____<br>*Defendant* | )<br>)<br>)<br>)  Case No.  15-cr-00058-SKC-01<br>)<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | Byron G. Rogers Courthouse<br>1929 Stout Street, Denver, CO 80294 | Courtroom No.: | C-204, Magistrate Judge Starnella |
|---|---|---|---|
| | | Date and Time: | 1/6/2025 at 10:00 a.m. |

This offense is briefly described as follows:
FALSIFYING WRITTEN REPORTS
FAILURE TO NOTIFY PROBATION OFFICER OF CHANGE IN EMPLOYMENT

Date: 12/24/2024

s/C. Pearson, Deputy Clerk
*Issuing officer's signature*

Jeffrey P. Cowell, Clerk of Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: 12-26-2024

*Server's signature*

Erika M. Privette, USPO
*Printed name and title*